IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GREG GIPSON                                                                                    PLAINTIFF

      v.                    Civil No. 2:12-cv-02275-PKH-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 8, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  Subsequently, an order was issued directing Plaintiff to submit an amended IFP application by December 3, 2012.  ECF No. 5.  As of this date, Plaintiff has failed to comply with the court's order, nor has he requested additional time to submit his amended IFP application.  As such, the undersigned recommends that Plaintiff's IFP motion be denied.

Accordingly, the undersigned recommends that Plaintiff's IFP motion be denied and he be ordered to tender the filing fee of $350.00.  **The parties have <u>fourteen</u> days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 10th day of December 2012.

                                                        */s/ J. Marschewski*
                                                  HONORABLE JAMES R. MARSCHEWSKI
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE