IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GREG GIPSON                                                                                       PLAINTIFF

v.                    Civil No. 2:12-cv-02275-PKH-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                        DEFENDANT

## ORDER

On November 8, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. Subsequently, a report and recommendation was entered recommending denial of Plaintiff's IFP motion. ECF No. 5. In lieu of an objection, Plaintiff tendered the filing fee of $350.00. As such, both Plaintiff's IFP motion and the report and recommendation have been rendered moot.

The court directs that a copy of the complaint be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

ENTERED this 11th day of December 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)